**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
RONALD AUSTIN and LORI AUSTRIAN,  :
:
                      Plaintiffs,          :              22-CV-9885 (RA) (OTW)
:
                      -against-          :              **ORDER**
:
HOME DEPOT USA, INC. et al.,  :
:
                      Defendants.  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in the matter on Thursday, February 8, 2024. As discussed at the conference, fact discovery is extended for purposes of resolving the deficiencies discussed at the conference. **No new discovery requests.** Fact discovery will close on **Friday, March 29, 2024**. Expert discovery will close on **Friday, April 26, 2024**.

The parties are directed to refer to the transcript of the February 8, 2024, conference for details on the Court's rulings.

The Clerk of Court is respectfully directed to close ECF 13.

**SO ORDERED.**

                                                                     */s/ Ona T. Wang*
Dated: February 8, 2024                                        **Ona T. Wang**
      New York, New York                      United States Magistrate Judge