UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD AUSTIN AND LORI AUSTIN,

                Plaintiffs,

        v.

HOME DEPOT USA, INC. and THE HOME DEPOT, INC.,

                Defendants.

No. 22-cv-9885 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In light of the fact that Judge Wang adjourned the fact discovery deadline to March 29, 2024, and the expert discovery deadline to April 26, 2024, *see* ECF No. 22, the telephonic conference scheduled for today, February 23, 2024 at 3:00 p.m. is hereby adjourned.

    The parties shall provide the Court with a status letter no later than one week after the close of fact discovery.

SO ORDERED.

Dated:    February 23, 2024
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge