# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2024

Robert J. Chappell
Phone (212) 593-8481
Fax (212) 593-6970
rjchappell@arfdlaw.com

March 14, 2024

> Letter-motion DENIED because the post-fact discovery conference in this matter is scheduled for **Wednesday, May 15, 2024, at 11:30 a.m.**, not March 15, 2024. See Dkt. No. 24. Dkt. No. 27 is to be TERMINATED.
>
> SO ORDERED. Date 3/14/2024
>
> MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Honorable United States District Court Judge Margaret M. Garnett

Re:    AUSTIN, RONALD, and LORI AUSTIN v. HOME DEPOT U.S.A., INC., et al.
        Our File No: 670.006
        Civil No.: 22-cv-09885

Dear Judge Garnett:

Acknowledging this Court's Individual Rules & Practices and although not made at least two business days before the scheduled conference set for tomorrow, March 15th at 11:30 am, please accept my and my adversary's apology for the submission of this letter-motion seeking an adjournment of the conference. This matter is presently scheduled for mediation on Monday, March 18th at JAMS Mediation, Arbitration, ADR Services.

Further, this is the first request to adjourn this conference, this request is submitted *on consent* by all parties, and we seek any adjournment date after March 18th which fits within the Court's schedule and calendar.

Thank you for your time and consideration of this matter.

Very truly yours,

*Robert J. Chappell*

Robert J. Chappell